| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tracie L Davis** | Social Security number or ITIN   xxx–xx–9832 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Southern District of Illinois** | | |
| Case number:   **17–31856–lkg** | | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tracie L Davis
aka Tracie Lashay Davis, aka Tracie Davis, fka
Tracie L Carter, fka Tracie Lashay Carter, fka
Tracie Carter

3/27/18

**By the court:**   /s/ Laura K. Grandy
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                          Southern District of Illinois

In re:                                                          Case No. 17-31856-lkg
Tracie L Davis                                                  Chapter 7
        Debtor              CERTIFICATE OF NOTICE

District/off: 0754-3          User: jf                 Page 1 of 2             Date Rcvd: Mar 27, 2018
                              Form ID: 318             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
db             +Tracie L Davis,    2633 Ambridge Drive,    Belleville, IL 62221-3558
3885854        +AAFES Bankruptcy Department,    AAFES GC-G,    PO Box 650060,    Dallas, TX 75265-0060
3885857         AT&T,    PO Box 309,    Portland, OR 97207
3885858         AT&T Wireless,    PO Box 309,    Portland, OR 97207
3893412        +American First Finance/,    Midwest Clearance Center of IL,    c/o Becket and Lee LLP,
                 PO Box 3002,    Malvern PA 19355-0702
3885860         Charter Communications,    c/o Sunrise Credit Services, Inc.,    PO Box 9100,
                 Farmingdale, NY 11735-9100
3885863        +Greystone Homeowners Association,    662 Office Parkway,    Saint Louis, MO 63141-7103
3885868        +Neubauer, Johnston & Hudson,    955 Lincoln Highway,    Fairview Heights, IL 62208-2234
3885869       ++PASS SECURITY,    15 EXECUTIVE DR,    STE 6,    FAIRVIEW HEIGHTS IL 62208-1346
                 (address filed with court: PASS Security,    340 Office Court, Suite B,
                 Fairview Heights, IL 62208)
3885873         Sunrise Credit Services Inc.,    PO Box 9100,    Farmingdale, NY 11735-9100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: FRTBRUEGGE.COM Mar 27 2018 22:13:00      Robert T Bruegge,    Trustee,    130 N Main St,
                 PO Box 510,    Edwardsville, IL 62025-0510
3885856        +E-mail/Text: compliance@americanfirstfinance.com Mar 27 2018 18:12:02
                 American First Finance,    3515 N Ridge Rd Suite 200,    Wichita, KS 67205-1206
3885867         EDI: CBSAAFES.COM Mar 27 2018 22:13:00      Military Star/ Exchange Credit,    PO Box 740890,
                 Cincinnati, OH 45274
3885855         EDI: CBSAAFES.COM Mar 27 2018 22:13:00      AAFES/NEXCARD,    Attn: FA-DPP,    PO Box 650524,
                 Dallas, TX 75265-0524
3885859        +EDI: RMSC.COM Mar 27 2018 22:13:00      Care Credit,    PO Box 960061,    Orlando, FL 32896-0061
3885861        +E-mail/Text: bk.litigation@crestfinancial.com Mar 27 2018 18:11:56      Crest Financial,
                 61 West 13490 South,    Draper, UT 84020-7209
3885862        +EDI: WFFC.COM Mar 27 2018 22:13:00      Dillards,    PO Box 660553,    Dallas, TX 75266-0553
3885864         EDI: IRS.COM Mar 27 2018 22:13:00      Internal Revenue Service,    Centralized Insolvency,
                 PO Box 21126,    Philadelphia, PA 19114
3890538         EDI: BL-BECKET.COM Mar 27 2018 22:13:00      Kohl’s,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
3885865        +EDI: CBSKOHLS.COM Mar 27 2018 22:13:00      Kohls,    Attn: Credit Administrator,    PO Box 3043,
                 Milwaukee, WI 53201-3043
3885870        +E-mail/Text: bkrgeneric@penfed.org Mar 27 2018 18:11:32      Penfed Credit Union,    PO Box 1432,
                 Alexandria, VA 22313-1432
3885871        +EDI: WFNNB.COM Mar 27 2018 22:13:00      Pier 1 Imports,    PO Box 659617,
                 San Antonio, TX 78265-9617
3886122        +EDI: RMSC.COM Mar 27 2018 22:13:00      Synchrony Bank,    PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
3885874        +EDI: WFNNB.COM Mar 27 2018 22:13:00      Victoria Secrets,    POBox 659728,
                 San Antonio, TX 78265-9728
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3885872         Spencer R. Carter
3885866       ##+Midland States Bank,    14125 Clayton Road,    Chesterfield, MO 63017-8355
                                                                                    TOTALS: 1, * 0, ## 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ‘++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ‘##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                                       Signature:  /s/Joseph Speetjens

```
District/off: 0754-3          User: jf                 Page 2 of 2              Date Rcvd: Mar 27, 2018
                              Form ID: 318             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              Jerry D Graham, Jr    on behalf of Debtor Tracie L Davis court@jdgrahamlaw.com,
               jdgrahampc@gmail.com;r47365@notify.bestcase.com
              Robert T Bruegge     rtbtrustee@lawdept.net,   kristad@lawdept.net;rtb@trustesolutions.net
              United States Trustee    USTPRegion10.es.ecf@usdoj.gov
                                                                                            TOTAL: 3
```