# Notice Recipients

| District/Off: 0754–3 | User: admin | Date Created: 04/11/2018 |
| Case: 17–31856–lkg | Form ID: 348 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion10.es.ecf@usdoj.gov
tr     Robert T Bruegge     rtbtrustee@lawdept.net
aty     Jerry D Graham, Jr     court@jdgrahamlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Tracie L Davis     2633 Ambridge Drive     Belleville, IL 62221

TOTAL: 1